# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| International Culinary ChefsBest, LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br>vs.<br><br>The Hain Celestial Group, Inc., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>             Defendant. | Case No. 16-cv-03743-DMR<br><br>**[PROPOSED]** ORDER OF DISMISSAL |

# [PROPOSED] ORDER

The parties having so stipulated and agreed, it is hereby ORDERED: The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Court shall retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated this ___18th___ day of August, 2016.

_____
The Honorable Donna M. Ryu
United States District Court Judge

*IT IS SO ORDERED — Donna M. Ryu*

1
[PROPOSED] ORDER OF DISMISSAL